United States District Court
For The District of Columbia
Washington, DC 20001

FILED
MAY 07 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Stanley Easton El # 197-526
1901 E St. S.E. Petitioner
Wash. DC vs. 20003

U.S. Parole Commission, et. al.
Defendant

Case: 1:07-cv-00839
Assigned To : Urbina, Ricardo M.
Assign. Date : 05/07/2007
Description: HABEAS CORPUS

Writ of Habeas Corpus
28 U.S.C. § 2254

- - - - - - - - - - - - - - - - - - - - - - - - -

"Jurisdiction"

Petitioner states that he is bringing the following action against the Warden of CTF (1901-E-St.-S.E, Wash D.C. 20003) and a Federal Agency (U.S. Parole Comm.) which means that this Honorable Court is the proper venue and have the authority to grant Petitioner the proper redress he seek.

"Statement of Facts"

RECEIVED
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Petitioner is a 45 year old male who was sentenced on Dec. 2, 1994 to 120 days to 33 months on 3 counts of simple assault and threats of bodily harm, with each count running consecutively. On Oct. 31, 2004 Petitioner was paroled to supervision with an expiration date of 12-28-08.

1

## STATEMENT OF FACTS (CON'T)

(2) On 8-27-06 Petitioner was arrested and charged with simple assault on his Fiancee (Ms Darlene Dantzler) whom he has an infant with.

(3) On 12-15-06, Petitioner was convicted by the D.C. Superior Court and sentence to 90 days with all but 15 days suspended.

(4) On 12-28-06 the U.S. Parole Commission issued an arrest warrant for Petitioner based on 1 alledge violations.

(5) Petitioner, during the months of Feb. and March 2007 wrote the U.S. Parole Comm. several letters with the hopes that they would lead to a firm date be establish for his revocation hearing........ As of this date the U.S. Parole Comm. still havent responded to any of the letters

(6) The Petitioner also state that Ms Darlene Dantzler (complaining witness) has also written the Parole Comm. on his behalf. It is clear from the contents of her letter that Petitioner was the one who got assaulted...... the one who called police and the one who was taken to the hospital.

# "ARGUEMENT"

The U.S. Parole Comm. assumed the powers, duties and jurisdiction of the D.C. Board of Parole on 8-5-00, pursuant to the National Capital Revitalization and Self Government Act of 1997, Pub.L. No. 105-33 § 11231(a)(2), 111 Stat. 712, 745 (Revitalization Act. The Commission's new responsibilies included the authority to revoke parole and to modify the conditions of parole for DC code offenders.

The Petitioner clearly has a liberty interest invested in reference to his revocation hearing, and since the rules and regulations of the U.S. Parole Comm. carry the same effect as law, they should be strictly adhered to. 28 C.F.R. 2.102(F) states that an alledge violater shall receive a local hearing within 60 days and an institution hearing within 90 days. The Comm. is in violation of it own regulations.

# "CONCLUSION"

In Morrissey, the Supreme Court held that a final revocation hearing must be tendered within a reasonable time after the parolee is taken into custody...." 408 U.S. at 488, 92 S.Ct 2593 (emphasis added). There the court held that a delay of 60 days from arrest, would not appear

## "Conclusion" (con't)

to be unreasonable. As of this date the Petitioner exerts that the U.S. Parole Comm. has fail to meet the due process requirements established in Morrissey, 408 U.S. at 488, 92 S. Ct 2593. Also see Long et, Al. v Gaines et. Al. (167 F. Supp 2nd 35) where this Honorable Court clearly decided that a 107 days from arrest to final revocation hearing was unreasonable.

## "Relief Sought"

Petitioner prays that this Honorable Court will sanction the U.S. Parole Comm. by ordering his immediate release because of the blatant violation of his constitutional right to due process, or at the very least conduct an immediate local hearing to determine if he should be violated or re-instated to his original parole plan.

Respectfully Submitted
Stanley Easton El #197-526
1901-E-St. S.E. (CTF)
Wash., D.C. 20003

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

07-839
RMU

## I (a) PLAINTIFFS

Stanley Easton

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE (PC)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 197-526

## DEFENDANTS

U.S. Parole Commission

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-00839
Assigned To : Urbina, Ricardo M.
Assign. Date : 05/07/2007
Description: HABEAS CORPUS

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

O

| ☒ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ ○    Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE                SIGNATURE OF ATTORNEY OF RECORD
                    NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd