United States District Court
For the District of Columbia
Washington D.C. 20001

Stanley Easton El
  Petitioner

Vs.

U.S. Parole Comm., Et. Al.
  Defendant

**FILED**

MAY 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Case No. 07-0839 RMU

Leave to file without
Prepayment of Cost **GRANTED**

Motion To Proceed
in Forma Paupis

Judge C. Kollar-Kotelly
May 1, 2007

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

In support of Petitioner's request to proceed in Forma Paupis he state the following:

(1) Petitioner do not own any real estate
(2)     "          "   do not own a car
(3)     "          "   do not have a bank account.
(4)     "          "   is presently unemployed.
(5)     "          "   has not inherited any amount of money

Petitioner declare under penalty of perjury that the foregoing is true and correct and that this petition for Writ of Habeas Corpus and Forma Pauperis was placed in the prison mailing on 4-15-07

**RECEIVED**

APR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted

Stanley Easton El #197-526

2