1-2 Copys

RECEIVED
MAY 09 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DN - FL227-94
Regno - 05722-016
PDID No - 297-148

07-839 RMU          5-5-07

## AMENDMENT TO HABES CORPUS MOTION

This motion of amendment to my habes corpus is to inform the court if the two violations of my 90 days to receive a institutionall hearing and the right to receive fair legal representaion. On 4-30-07 I was given a institutional hearing at C.T.F well over my 90 days §2.1p2.(e) of arrest. I was misrepresented by my public defender at my institutional hearing, when she told me that I was not allow to receive any voluntary witnesses at my institutional hearing on 4-30-07. Now the commission of the DC US Parole commission have Re-schedule my institutional Revocation hearing because my lawyer was not aware of the US Parole commission laws that one had the right to voluntary witnesses at a final Revocation hearing. In advance the lawyer is to notify the institution that my witness was right to appear on my behalf. This was my right to and my opportunity to confront adverse witness (generally supervision officers, law enforcement officers or alleged victims). Once the hearing examiner has heard from all parties involved, he will render a decision based upon a preponderance of the evidence. Because of my lawyer ineffective of legal knowledge of the US parole commission policies that one is allow to have voluntary witness at a final revocation. My hearing was Re schedule because my lawyer was not effective to represent me at

All. Now the Parole commission is still over there 90 days and I am still with out Legal help because of the Lawyer ineffective of Legal assistance. Now I ask that this Honorable court of the US District court move the Parole commission to render a decision based upon the evidences that the commission way over there 90 days and that my Lawyer was the reason for my Re scheduling of my institutional hearing not met. I also inform my Lawyer that I was allow to have voluntary witness at my hearing but she totally disregard my rights to do so. It was also part of the Parole board records that she disregard my request. I truly will like to thank the US (District) court in there time in this matter.

Stanley L Easton El
197-1526
No 2006 DVM 1931

Stanley Easton El