UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANLEY EASTON, EL.** : | Case No.:    07-cv-839 (RMU) |
| : | |
| v. : | |
| : | |
| **U.S. PAROLE COMMISSION** : | |
| : | |

**GOVERNMENT'S MOTION FOR EXTENSION
OF TIME FOR FILING A RESPONSE TO DEFENDANT'S
*PRO SE* PETITION FOR A WRIT OF *HABEAS CORPUS***

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time to file its response to Petitioner's *pro se* Petition for a Writ of *Habeas Corpus*. As grounds for this request, the United States submits the following:

1. On May 7, 2007, Petitioner's *pro se* Petition for a Writ of *Habeas Corpus* was received by the U.S. District Court Clerk's Office for filing. On May 14, 2007, this Court ordered the government to file its response to Petitioner's *habeas* petition within 10 days of service of a copy of its Order. Thus, the government's response is currently due on Tuesday, May 29, 2007.

2. The undersigned Assistant United States Attorney was assigned to this case on May 21, 2007. In order for the government to prepare a thorough response to Petitioner's *habeas* petition, the government will have to submit a copy of Petitioner's *habeas* petition to the U.S. Parole Commission ("Parole Commission") for their review. Due to the caseload of the attorneys with the Parole Commission, the government is respectfully requesting that it receive

an extension of 30 days, until Thursday, June 28, 2007, to file its response to Petitioner's *habeas* petition. This additional time is needed so that the parties can conduct research into Petitioner's case, obtain exhibits, and to prepare a response to his petition.

    3.    This is the government's first request for an extension for filing its response to Petitioner's *habeas* petition.

WHEREFORE, the United States respectfully requests an extension of time, until Thursday, June 28, 2007, to file its response to Petitioner's *habeas* petition. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

ROBERT D. OKUN
Chief, Special Proceedings Division
Assistant United States Attorney

_____/s/_____
TRICIA D. FRANCIS
Assistant United States Attorney
Room 10-447
555 4th Street, N.W.
Washington, D.C. 20530
202-353-9870

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was filed electronically with the Clerk's Office of the U.S. District Court for the District of Columbia, and was mailed on the _21st_____ day of May 2007, to defendant, Stanley Easton, El, DCDC # 197-526, District of Columbia Department of Corrections, Central Treatment Facility, 1901 E Street, S.E., Washington, D.C. 20003.

_____
Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STANLEY EASTON, EL.** | : | Case No.:   07-cv-839 (RMU) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **U.S. PAROLE COMMISSION** | : | |
| | : | |

**ORDER**

Upon consideration of the government's motion to extend the time for filing its response to defendant's *pro se* Petition for a Writ of *Habeas Corpus*, and the reasons stated therefore, it is

ORDERED that the government's motion is granted, and it is further

ORDERED that the government file its response by Thursday, June 28, 2007.

_____   _____
DATE                                                          HON. RICARDO M. URBINA
                                                                     U.S. District Court for the District of Columbia

cc:

Tricia D. Francis, Esq.  
Assistant U.S. Attorney  
Special Proceedings Section  
555 4th Street, N.W.  
Washington, D.C. 20530

Stanley Easton, El  
D.C.D.C. No. 197-526  
Central Treatment Facility  
1901 E Street, S.E.  
Washington, D.C. 20003