UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stanley Easton El, | : |
| | : |
|     Petitioner, | : |
| | :   Civ. Action No. 07-839 |
| v. | : |
| | : |
| U.S. Parole Commission, | : |
| | : |
|     Respondent. | : |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SHOW CAUSE ORDER

The Office of Attorney General for the District of Columbia moves this Court for leave to file its response to this Court's May 14, 2007, order directing it to respond to Petitioner's Writ of Habeas Corpus. As reasons for this motion, this Court is directed to the attached memorandum of points and authorities.

The Office of Attorney General was unable to contact petitioner since he has limited access to a telephone.

                                              LINDA SINGER
                                              Attorney General for District of Columbia

                                              GEORGE VALENTINE
                                              Deputy Attorney General

                                              _____
                                              PHILLIP A. LATTIMORE III
                                              Section Chief,
                                              General Litigation Section III
                                              Office of the Attorney General
                                              Civil Litigation Division
                                              441 4th Street, N.W., 6th Floor South
                                              Washington, D.C. 20001

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Stanley Easton El,         : | |
| :                                    | |
| Petitioner,            : | |
| :                                    | Civ. Action No. 07-839 |
| v.                            : | |
| :                                    | |
| U.S. Parole Commission,    : | |
| :                                    | |
| Respondent.         : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SHOW CAUSE**

The Office of Attorney General submits this memorandum of points and authorities in support of its motion for an enlargement of time to respond to this Court show cause order.

**Discussion**

1. The Office of Attorney General requests that this Court permit it to file its response to this Court's show cause order on or about June 13th, 2007, which is the same deadline that this Court has set for the United States.

2. This show cause order was recently assigned to this section, and the chief of this section needs to assign this matter to an Assistant Attorney General to file a proper response to the Court's show cause order.

3. Of the four attorneys in this section, two are out on vacation. Consequently, due to staffing limitations, as well as other litigation commitments, this office needs up and until June 13th to file a proper response.

4. Fed. R. Civ. P. 6.

5. This Court's calendar will not be disrupted by this brief request for an enlargement of time to file a response in this order since it is the same deadline that this Court has imposed on another respondent.

## CONCLUSION

This motion should be granted.

                    LINDA SINGER
                    Attorney General for District of Columbia

                    GEORGE VALENTINE
                    Deputy Attorney General

                    _____
                    PHILLIP A. LATTIMORE III
                    Section Chief,
                    General Litigation Section III
                    Office of the Attorney General
                    Civil Litigation Division
                    441 4th Street, N.W., 6th Floor South
                    Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stanley Easton El,                  :
                                    :
    Petitioner,              :
                                    :
                                    :    Civ. Action No. 07-839
    v.                       :
                                    :
U.S. Parole Commission,             :
                                    :
    Respondent.              :

**ORDER**

    Upon consideration of the motion, the memorandum of points and authorities in support of the motion, the opposition and record filed herein, it is this _____ day of June, 2007, hereby:

    ORDERED:   that the motion shall be granted;

    FURTHER ORDERED:   that the Office of Attorney General shall file its response no later than January 13, 2007.

                                                                         _____
                                                                         Ricardo M. Urbina
                                                                         U.S. District Court Judge

Stanley Easton, El  197-526
1901 E Street SE (CTF)
Washington, D.C. 20003

## CERTIFICATE OF SERVICE

      I certify that a copy of this motion was served by first class mail, postage prepaid, on June 4, 2007, on the following:

Stanley Easton, El  197-526
1901 E Street SE (CTF)
Washington, D.C. 20003

                                                                                                                    _____
                                                                                                                      Phillip A. Lattimore III
                                                                                                                      Chief, General Litigation Section III
                                                                                                                      Office of Attorney General