THE UNITED STATES DISTRICT OF COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STANLEY EASTON-EL, | : | |
| Petitioner, | : | |
| v. | : | Civ. Action No. 07-839 |
| U.S. PAROLE COMMISSION, | : | |
| Respondent. | : | |

**RESPONSE BY DISTRICT OF COLUMBIA TO PETITIONER'S WRIT OF HABEAS CORPUS**

The District of Columbia (the "District") files this response to the Petitioner's Writ of Habeas Corpus. In support of its response, the District states as follows:

In this case, Stanley Easton-El ("Petitioner") filed a writ that challenges the lawfulness of the actions of the United States Parole Commission ("USPC"). According to the petition, Petitioner complains that the USPC has failed to adhere to its own regulations in granting him a "local hearings within 60 days and an institution hearing within 90 days." Petition at 3. Consequently, Petitioner requests that this Court sanctions the USPC by granting him release. Id. at 4.

This Court should discharge the show cause order against the District because the petition contains no claim or allegation of wrongdoing by the District. Further, even had the petition alleged wrongdoing by the District or one of its agents, the District including CTF, no longer possesses the legal authority to provide the relief that the petitioner seeks. According to the National Capital Revitalization and Self-Government Improvement Act of 1997 ("Revitalization Act"), Pub. L. No. 105-33 § 11231, 111 Stat. 712, 734-737 (codified at D.C. Code §24-101 *et seq.* (2001 & Supp. 2005)) , and Fletcher v. Reilly, 369

U.S. App. D.C. 100 (D.C. Cir. 2006), "Congress transferred responsibility for the imprisonment of all felons convicted under the D.C. Code from District of Columbia to the federal government." 369 U.S. App. D.C. 100.  The USPC now has "the jurisdiction and authority of the Board of Parole of the District of Columbia to grant and deny parole, and to impose conditions upon an order of parole, in the case of any imprisoned felon who is eligible for parole or reparole under the District of Columbia Code." <u>Franklin v. District of Columbia</u>, 333 U.S. App. D.C. 334 (D.C. Cir. 1998), *citing* Revitalization Act, Pub. L. No. 105-33 § 11231, 111 Stat. 712, 745.  The District of Columbia Board of Parole no longer exists pursuant to Revitalization Act, Pub. L. No. 105-33 § 11231, 111 Stat. 712, 745 (codified at D.C. Code § 24-131 (2007), which states the D.C. Board of Parole would be abolished after completing the transfer of authority to the USPC.  Thus, the USPC possesses the legal authority to conduct the hearings and re-hearings that Petitioner requests. <u>Id.</u> Petitioner acknowledgez this fact in his petition (Petition at 3) --- that the District has no authority to conduct hearings requested by Petitioner. Accordingly, the District respectfully defers to the Office of the United States Attorney to address the issues raised by Petitioner. Moreover, Petitioner has filed this petitioner against USPC and not the District. As a result, this petition should be dismissed as to the District.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil litigation Division

        _____/s/_____
        PHILLIP A. LATTIMORE. III [422968]
        Section Chief,
        General Litigation Section III
        Office of the Attorney General
        Civil Litigation Division
        441 4th Street, N.W., 6th Floor South
        Washington D.C. 20001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response was mailed postage prepaid on this _____ day of _____, 2007

Stanley Easton, El 197-526
1901 E Street SE (CTF)
Washington, D.C. 20003

_____

        Phillip A. Lattimore III
        Chief, General Litigation Section III
        Office of Attorney General, D.C.

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STANLEY EASTON EL, | : | |
| Petitioner, | : | |
| v. | : | Civ. Action No. 07-839 |
| U.S. PAROLE COMMISSION, | : | |
| Respondent | : | |

## ORDER

Upon consideration of the petition for the writ of habeas corpus, the response thereto and the record herein, it is by the Court this _____day of _____2007,

ORDERED: That the Petition for the Writ of Habeas Corpus addressed against the District of Columbia shall be discharged; it is,

_____
Hon. Ricardo M. Urbina
United States District Judge

Copies to:

Phillip A. Lattimore. III
Section Chief,
General Litigation Section III
Office of the Attorney General
Civil Litigation Division
441 4th Street, N.W., 6th Floor South
Washington D.C. 20001

Stanley Easton, El 197-526
1901 E Street SE (CTF)
Washington, D.C. 20003