UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stanley Easton-El, | : | |
| | : | |
| Petitioner, | : | Civil Action No.  07-0839 (RMU) |
| | : | |
| v. | : | Document No.:   None |
| | : | |
| U.S. Parole Commission, | : | |
| | : | |
| Respondent. | : | |

# ORDER

### Directing the Petitioner to Reply to the Respondent's Opposition to the Petition for a Writ of *Habeas Corpus*

This matter is before the court on the United States Parole Commission's response to the order to show cause why the petition for a writ of *habeas corpus* should not be granted in this case. The respondent opposes the petition on the merits and seeks summary denial of it. The petitioner is proceeding *pro se*. Because the court's consideration of the respondent's opposition could dispose of the case, the petitioner will be allowed time to reply. Accordingly, it is

ORDERED that the petitioner shall file his reply to the respondent's opposition by **July 25, 2007**, failing which the court will treat the factual assertions stated therein as conceded and may summarily deny the petition and dismiss the case.

```
                                        s/
                                  _____
                                  Ricardo M. Urbina
                                  United States District Judge
```

Date: June 26, 2007