07-839 (RMU)

Dear, Honorable Judge URBINA

10-15-07

## Letter Motion to Oppoint Attorney

I am asking that the Honorable Judge URBINA oppoint me a Public Lawyer to over see my case. The Meld that I was Reciving have Move. I am also asking that the Court Inform me about the status of my case. Also Judge URBINA make your Court Receive my Motion Supplemental Argument to be added to my Hebeas Corpus on The Parole Commission. Now I come again to ask that my Motion to Oppoint Attorney be grant along with my Supplemental Argument as well.

Thank you very much your Honorable Judge URBINA

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PS

OCT 15 2007

Mr. Stanley L. Easton-El
05722016