UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STANLEY EASTON-EL,** | : | |
| Petitioner, | : | Civil Action No.   07-0839 (RMU) |
| v. | : | Document Nos.:   1, 4, 13 |
| **U.S. PAROLE COMMISSION,** | : | |
| Respondent. | : | |

# ORDER

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 6th day of November, 2007, it is hereby

**ORDERED** that the Order to Show Cause is **DISCHARGED**; it is

**FURTHER ORDERED** that the petitioner's motion to appoint counsel is **DENIED**; and it is

**FURTHER ORDERED** that the petitioner's application for a writ of *habeas corpus* is **DENIED**, and this case is dismissed.  This is a final appealable Order.

**SO ORDERED**.

                                                                                          RICARDO M. URBINA
                                                                          United States District Judge